UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NAUTILUS INSURANCE COMPANY,

    Plaintiff,

v.                                                  Case No.  8:07-cv-1361-T-24 MAP

BATSON-COOK COMPANY, ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Alter and/or Amend Judgment. (Doc. No. 119). Defendant Cooper Carry & Associates ("Cooper Carry") did not file a response in opposition. As explained below, the motion is granted.

Plaintiff filed a declaratory judgment action regarding its duties under an insurance policy that it issued. Plaintiff filed this suit against fourteen defendants. (Doc. No. 35). However, Plaintiff only specifically requested relief against one Defendant, Batson-Cook Company ("Batson-Cook").

Most of the defendants were dismissed from the case, and Plaintiff filed a motion for summary judgment against the two remaining defendants–Cooper Carry and Batson-Cook. Batson-Cook opposed the motion, but Cooper Carry never responded to the motion. The Court granted summary judgment in favor of Plaintiff on its claim against Batson-Cook, but it did not grant summery judgment against Cooper Carry due to the fact that there was no relief specifically requested against it in the complaint. (Doc. No. 116). As such, the Court directed the Clerk to enter judgment in favor of Plaintiff on its claim against Batson-Cook and in favor of Cooper Carry to the extent a claim was asserted against it.

The Court entered judgment in favor of Cooper Carry on October 28, 2008, and two days later, Plaintiff filed the instant motion to alter or amend that judgment. Specifically, Plaintiff argues that Cooper Carry has appeared in this case, filed an answer, and asserted an affirmative defense that it was covered under Plaintiff's policy. (Doc. No. 91). Additionally, Plaintiff states that Cooper Carry was present during all relevant discovery, so the Court should construe the complaint as Cooper Carry apparently did, which means construing it as asserting the same claim against Cooper Carry as asserted against Batson-Cook.

Cooper Carry has not filed a response to this motion, and as such, the Court deems it to be unopposed. Furthermore, the same reasons for granting summary judgment against Batson-Cook apply to Cooper Carry. Accordingly, the Court agrees that the complaint should be construed as asserting a claim against Cooper Carry, and therefore, judgment should have been entered in favor of Plaintiff, rather than Cooper Carry.

Accordingly, it is ORDERED AND ADJUDGED that:

(1) Plaintiff's Motion to Alter and/or Amend Judgment (Doc. No. 119) is **GRANTED**;

(2) The Clerk is directed to **VACATE** (Doc. No. 118) the judgment entered in favor of Cooper Carry.

(3) The Court hereby grants Plaintiff's motion for summary judgment (Doc. No. 104) as to Cooper Carry, and the Clerk is directed to enter judgment in favor of Plaintiff on its claim against Cooper Carry.

**DONE AND ORDERED** at Tampa, Florida, this 19th day of November, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record